RECEIVED
DEC 05 2025
CLERK, U.S. DISTRICT COURT
SPOKANE, WA

LLYSA MARIE JACOBSON
338 SYCAMORE ST
CLARKSTON, WA 99403

USPS CERTIFIED MAIL

9207 1902 3589 0900 0035 9453 01

First Class Mail
U.S. Postage
PAID
Permit 634
San Francisco. CA

LG77BE9A

U.S. DISTRICT COURT
EASTERN DISTRICT
920 W RIVERSIDE AVE STE 840
SPOKANE, WA 99201-1013

USPS CERTIFIED MAIL™