THE HONORABLE JUDGE THOMAS O. RICE

MARKUS W. LOUVIER, WSBA #39319
Evans, Craven & Lackie, P.S.
818 West Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632
mlouvier@ecl-law.com

*Attorney for Defendants*

IN UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALLYSA MARIE JACOBSON, | Cause No. 2:25-cv-00500 |
| Plaintiff, | NOTICE OF APPEARANCE OF MARKUS W. LOUVIER ON BEHALF OF DEFENDANTS |
| vs. | |
| PULLMAN REGIONAL HOSPITAL, HUONG TRINH, M.D., | |
| Defendants. | |

TO:        Plaintiff:

AND TO:    The Clerk of the Court

    PLEASE TAKE NOTICE that Defendants, Pullman Regional Hospital and

Huong Trinh, M.D., appear herein, by and through attorney Markus W. Louvier,

of Evans, Craven & Lackie, P.S., and request that all further pleadings and papers

(except process) be served upon the undersigned attorney, at the address below.

NOTICE OF APPEARANCE - page 1

Markus W. Louvier
Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA  99201
509-455-5200/Fax: 509-455-3632
mlouvier@ecl-law.com

DATED this 20th day of January 2026.

EVANS, CRAVEN & LACKIE, P.S.


By:＿＿＿＿＿＿/s/ Markus W. Louvier＿＿＿＿＿＿
        MARKUS W. LOUVIER, WSBA #39319
        Attorney for Defendants
        Evans, Craven & Lackie, P.S.
        818 West Riverside, Suite 250
        Spokane, Washington 99201
        (509) 455-5200/(509) 455-3632 Facsimile
        mlouvier@ecl-law.com

NOTICE OF APPEARANCE - page 2

## CERTIFICATE OF SERVICE

  I hereby certify that on January 20th 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System. I further certify that on the same date, I caused the foregoing document to be served on the following pro se party, who is not registered for electronic filing, via FedEx Priority Overnight:

**_Plaintiff, Pro Se_**
Allysa M. Jacobson
1338 Sycamore Street
Clarkston, WA 99403


                _/s/ Markus w. Louvier_
               MARKUS W. LOUVIER, WSBA #39319
               Attorney for Defendants
               818 West Riverside, Suite 250
               Spokane, Washington 99201
               (509) 455-5200/(509) 455-3632 Facsimile
               mlouvier@ecl-law.com

NOTICE OF APPEARANCE - page 3