THE HONORABLE JUDGE THOMAS O. RICE

MARKUS W. LOUVIER, WSBA #39319
STEPHANIE A. CROCKETT, WSBA #62797
Evans, Craven & Lackie, P.S.
818 West Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632
mlouvier@ecl-law.com
scrockett@ecl-law.com

*Attorneys for Defendants*

IN UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALLYSA MARIE JACOBSON,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>PULLMAN REGIONAL HOSPITAL, HUONG TRINH, M.D.,<br><br>　　　　　　　　Defendants. | Cause No. 2:25-cv-00500<br><br>NOTICE OF APPEARANCE OF STEPHANIE A. CROCKETT ON BEHALF OF DEFENDANTS |

TO:         Plaintiff:

AND TO:    The Clerk of the Court

　　　PLEASE TAKE NOTICE that Defendants, Pullman Regional Hospital and Huong Trinh, M.D., appear herein, by and through attorney Stephanie A. Crockett,

NOTICE OF APPEARANCE - page 1

of Evans, Craven & Lackie, P.S., and request that all further pleadings and papers (except process) be served upon the undersigned attorney, at the address below.

Stephanie A. Crockett
Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA  99201
509-455-5200/Fax: 509-455-3632
scrockett@ecl-law.com

DATED this 20th day of January 2026.

EVANS, CRAVEN & LACKIE, P.S.

By:     */s/ Stephanie A. Crockett*
MARKUS W. LOUVIER, WSBA #39319
STEPHANIE A. CROCKETT, WSBA #62797
Attorneys for Defendants
Evans, Craven & Lackie, P.S.
818 West Riverside, Suite 250
Spokane, Washington 99201
(509) 455-5200/(509) 455-3632 Facsimile
mlouvier@ecl-law.com
scrockett@ecl-law.com

NOTICE OF APPEARANCE - page 2

## CERTIFICATE OF SERVICE

    I hereby certify that on January 20th 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System. I further certify that on the same date, I caused the foregoing document to be served on the following pro se party, who is not registered for electronic filing, via FedEx Priority Overnight:

**<u>Plaintiff, Pro Se</u>**
Allysa M. Jacobson
1338 Sycamore Street
Clarkston, WA 99403

                                            /s/ *Stephanie A. Crockett*
                        MARKUS W. LOUVIER, WSBA #39319
                        STEPHANIE A. CROCKETT, WSBA #62797
                        Attorneys for Defendants
                        818 West Riverside, Suite 250
                        Spokane, Washington 99201
                        (509) 455-5200/(509) 455-3632 Facsimile
                        mlouvier@ecl-law.com
                        scrockett@ecl-law.com

NOTICE OF APPEARANCE - page 3